UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF KANSAS CITY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Cause No.: 4:21-cv-00525-FJG ) |
| GS LABS LLC, | ) ) |
| Defendant. | ) ) |

## CERTIFICATE OF SERVICE

Plaintiff Blue Cross and Blue Shield of Kansas City ("Blue KC"), by and through its undersigned counsel, hereby certifies that *Blue KC's Amended Notice of Deposition and Notice of Subpoena for Gabe Sullivan*, was served on the 4th day of November 2021, via electronic mail in *pdf* format, to the following counsel of record:

Jeffrey B. Jensen
Tim Garrison
Matthew Diehr
Christina B. Moore
Husch Blackwell LLP
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
314.480.1500
jeff.jensen@huschblackwell.com
tim.garrison@huschblackwell.com
matthew.diehr@huschblackwell.com
christina.moore@huschblackwell.com

*Attorneys for Defendant GS Labs LLC*

Respectfully submitted,

**CAPES, SOKOL, GOODMAN & SARACHAN, P.C.**

By: */s/ Aaron E. Schwartz*
Aaron E. Schwartz, #58745
David C. Hollander, #73250
8182 Maryland Avenue, Fifteenth Floor
St. Louis, MO 63105
(314) 721-7701 (Telephone)
(314) 721-0554 (Facsimile)
schwartz@capessokol.com

*Attorney for Blue Cross and Blue Shield of Kansas City*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served on all parties of record by operation of the Court's electronic case filing and case management system on this 4th day of November 2021.

*/s/ Aaron E. Schwartz*