# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| Blue Cross and Blue Shield of Kansas City | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 21-cv-00525-FJG |
| GS Labs LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: GS Labs LLC          .

Date: 12/17/2021

*Mark A. Grider*
*Attorney's signature*

Mark A. Grider (Bar # 47622)
*Printed name and bar number*

Cadwalader, Wickersham & Taft LLP
700 Sixth Street, N.W., Washington, DC 20001
*Address*

Mark.Grider@cwt.com
*E-mail address*

(202) 862-2323
*Telephone number*

(202) 862-2400
*FAX number*