# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF KANSAS CITY, <br><br> Plaintiff, <br><br> v. <br><br> GS LABS LLC, <br><br> Defendant. | Case No. 21-cv-00525-FJG |

## ORDER

On January 28, 2022, counsel for GS Labs LLC contacted the Court regarding a discovery dispute. GS Labs states that in response to its document requests, Blue KC identified thirteen internal policies and procedures but refuses to produce these documents unless GS Labs waives it right to contest the confidentiality of the documents and also withdraws five requests for production of documents and one interrogatory. The parties briefed these issues and responded to additional written questions from the Court. The Court held a teleconference with the parties on February 8, 2022. After considering the parties' arguments, Blue KC is hereby **ORDERED** to produce the thirteen policies and procedures pursuant to the Protective Order and to respond to the remaining outstanding discovery requests.

Date: February 10, 2022  
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**  
Fernando J. Gaitan, Jr.  
United States District Judge