IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF KANSAS CITY, | ) ) ) |
| Plaintiff(s), | ) ) |
| vs. | ) Case No. 21-00525-CV-W-FJG ) ) |
| GS LABS LLC, | ) ) |
| Defendant(s). | ) |

# ORDER

The Court notes that discovery in this matter is set to close on **May 15, 2022**. The parties are reminded that the Court's Scheduling and Trial Order provides: <u>close of discovery means that all discovery, including the taking of depositions, shall be completed not simply submitted on the date specified by this paragraph.</u> Any last minute discovery submitted too late for the opposing side to timely discover may be stricken." **See Doc. No. 116**. The parties are cautioned that if they wish the Court to extend the discovery deadline, they must file a motion for extension of time demonstrating good cause for the extension sought. See Fed. R. Civ. P. 16(b)(4).

**IT IS SO ORDERED.**

     /s/ FERNANDO J. GAITAN, JR.
Fernando J. Gaitan, Jr.
United States District Judge

Dated: April 1, 2022
Kansas City, Missouri