UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF KANSAS CITY, </br></br> Plaintiff, </br></br> v. </br></br> GS LABS LLC, </br></br> Defendant. | Case No. 21-CV-00525-FJG |

# ORDER

On August 3, 2022 the Court held a teleconference with the parties regarding the Joint Status Report filed on August 1, 2022. The parties provided the Court with an update regarding their progress toward settlement and the remaining items necessary to achieve a negotiated resolution of this matter. Accordingly, for good cause shown, the Court hereby **GRANTS** the parties' Joint Motion for an Extension of Deadlines (Doc. # 226). The Court will extend the current deadlines by ninety days. The Court will issue a separate Amended Scheduling Order incorporating the new deadlines.

Additionally, there are several pending motions which were filed before the parties entered into settlement negotiations. In order to maintain its docket, the Court hereby **PROVISIONALLY DENIES** the following motions: Motion to Dismiss for Failure to State a Claim (Doc. # 23); Partial Motion to Dismiss First Amended Complaint (Doc. # 30); Motion for Protective Order (Doc. # 61); Motion to Amend Scheduling Order (Doc. # 80); Motion to Extend Deadlines (Doc. # 93); Motion for Extension of Time (Doc. # 101);

Motion for Leave to File Under Seal (Doc. # 103); Motion for Leave to File Amended Counterclaims (Doc. # 104); Motion for Leave to File Excess Pages (Doc. # 109); Motion to Seal Document (Doc. # 113); Motion for Leave to File Sur-Response in Opposition to GS Labs, LLC's Motion for Leave to File First Amended Counterclaims (Doc. # 148); Motion for Leave to File Second Amended Complaint (Doc. # 150); Motion for Leave to File Exhibits Under Seal (Doc. # 151); Motion for Partial Summary Judgment (Doc. # 191); Motion for Leave to File Exhibits Under Seal (Doc. # 193) and Motion for Leave to File Document Under Seal (Doc. # 207).

Date: <u>August 4, 2022</u>  /S/ FERNANDO J. GAITAN, JR.
Kansas City, Missouri  Fernando J. Gaitan, Jr.
United States District Judge