IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF KANSAS CITY, | ) ) ) |
| Plaintiff(s), | ) ) |
| vs. | ) Case No. 21-00525-CV-W-FJG ) ) |
| GS LABS LLC, | ) ) |
| Defendant(s). | ) |

# ORDER

The Court notes that discovery in this matter is set to close on **September 14, 2022**. The parties are reminded that the Court's Scheduling and Trial Order provides: close of discovery means that all discovery, including the taking of depositions, shall be completed not simply submitted on the date specified by this paragraph. Any last minute discovery submitted too late for the opposing side to timely discover may be stricken." **See** Doc. No. 225. The parties are cautioned that if they wish the Court to extend the discovery deadline, they must file a motion for extension of time demonstrating good cause for the extension sought. See Fed. R. Civ. P. 16(b)(4).

    **IT IS SO ORDERED.**

                                                                  /s/ FERNANDO J. GAITAN, JR.
                                                                   Fernando J. Gaitan, Jr.
                                                                   United States District Judge

Dated: August 8, 2022
Kansas City, Missouri