IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF KANSAS CITY, | ) ) ) |
| Plaintiff(s), | ) ) |
| vs. | ) Case No. 21-00525-CV-W-FJG ) ) |
| GS LABS LLC, | ) ) |
| Defendant(s). | ) |

# ORDER

The Court notes that discovery in this matter is set to close on **December 14, 2022**. The parties are reminded that the Court's Scheduling and Trial Order provides: <u>close of discovery means that all discovery, including the taking of depositions, shall be completed not simply submitted on the date specified by this paragraph.</u>  Any last minute discovery submitted too late for the opposing side to timely discover may be stricken." **See Doc. No. 229**.  The parties are cautioned that if they wish the Court to extend the discovery deadline, they must file a motion for extension of time demonstrating good cause for the extension sought.  <u>See</u> Fed. R. Civ. P. 16(b)(4).

    **IT IS SO ORDERED.**

                                                                   /s/ FERNANDO J. GAITAN, JR.
                                                                   Fernando J. Gaitan, Jr.
                                                                   United States District Judge

Dated:  October 31, 2022
Kansas City, Missouri